CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____

                                         )
                                         )
                   vs.                   )        Civil/Criminal No.: _____24-cr-281_____
                                         )
DANA GARNETT                             )
_____        )

### NOTE FROM JURY

For count four, the instructions indicate that Ms. Garett
could be guilty if she indirectly sought something of value,
however in the definition of "something of value" indicates that we
must be unanimous that a particular sum of money was recieved.
Do we need to all agree that Ms. Garrett actually recieved
anything? And do we have to all agree on the specific amount?
Can the amount in aggregate with Ms. Bailey?

Date: 6/24/25

Time: 10:15a

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| | ) |
| | ) |
| vs. | ) |
| | ) |
| DANA GARNETT | ) |
| | ) |

Civil/Criminal No.: _____24-cr-281_____

### NOTE FROM JURY

For Count 11, what government exhibit is being referred to? We are unable to locate the specific transaction ID 32563798040001

Date: 6/24/25

Time: 12:30 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) |
|  | ) |
|  | ) |
| DANA GARNETT | ) |
|  | ) |

Civil/Criminal No.: _____24-cr-281_____

## NOTE FROM JURY

We have reached a verdict

Date: 6/24/25

Time: 4:18 pm

FOREPERSON