UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-CR-281 (APM) |
| DANA GARNETT, | : | |
| Defendant. | : | |

## VERDICT FORM

**Count One:** Conspiracy (concerning Yelake Meseretu, US Office), in violation of 18 U.S.C. § 371

✓ Guilty    ___ Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓ Receipt of a bribe

✓ Wire fraud

**Count Two: Conspiracy (concerning Donald McWhirter, General Merchandise), in violation of 18 U.S.C. § 371**

__✓__  
Guilty          Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓  Receipt of a bribe

✓  Wire fraud

**Count Three: Conspiracy (concerning Duane King, American Business), in violation of 18 U.S.C. § 371**

__✓__  
Guilty          Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓  Receipt of a bribe

✓  Wire fraud

**Count Four: Receipt of a Bribe (from Yelake Meseretu), in violation of 18 U.S.C. § 201(b)(2)**

__✓__  
Guilty          Not Guilty

2

**Count Five: Receipt of a Bribe (from Donald McWhirter), in violation of 18 U.S.C. § 201(b)(2)**

    ✓
_____                    _____
Guilty                                                   Not Guilty

**Count Six: Receipt of Bribe (from Duane King), in violation of 18 U.S.C. § 201(b)(2)**

    ✓
_____                    _____
Guilty                                                   Not Guilty

**Count Seven: Wire Fraud (September 26, 2019), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

    ✓
_____                    _____
Guilty                                                   Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

    ✓    Deprive another of money or property

    ✓    Deprive the public of the honest services of Ms. Garnett

**Count Eight: Wire Fraud (June 23, 2020), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

___✓___  _____
Guilty         Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

✓  Deprive another of money or property

✓  Deprive the public of the honest services of Ms. Garnett

**Count Nine: Wire Fraud (September 9, 2019), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

___✓___  _____
Guilty         Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

✓  Deprive another of money or property

✓  Deprive the public of the honest services of Ms. Garnett

4

**Count Ten: Wire Fraud (May 4, 2021), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

_____        \_\_✓_____
Guilty                                  Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

\_\_\_  Deprive another of money or property

\_\_\_  Deprive the public of the honest services of Ms. Garnett

**Count Eleven: Wire Fraud (June 1, 2021), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

_____        \_\_✓_____
Guilty                                  Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

~~\_\_\_~~  Deprive another of money or property

\_\_\_  Deprive the public of the honest services of Ms. Garnett

Date: 6/24/25                                               _____
                                                                       Foreperson